THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEDOLANDEZ LEON SANTOS, )<br>#140 896 )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FRED FREEMAN, )<br>)<br>     Defendant. ) | 2:09-CV-144-TMH<br>[WO] |

# **ORDER**

On April 28, 2009, the Magistrate Judge filed a Recommendation (Doc. 5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED;

2. The plaintiff's *Motion to Dismiss* (Doc. 4) be GRANTED; and

3. This case be DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this 19th  day  of May, 2009.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE